UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EVONE BOULANGER                                   CIVIL ACTION

VERSUS

FAMILY DOLLAR STORES                   NO.: 17-00474-BAJ-EWD
OF LOUISIANA, INC., ET AL.

## RULING AND ORDER

Before this Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses the Joint Motion to Remand (Doc. 12) filed by all parties. The Magistrate Judge recommended that that the Motion to Remand be granted on the basis of the parties' stipulation that Plaintiff's damages do not exceed $50,000. (Doc. 14 at p. 4; Doc. 7-1).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 14 at p. 1). Neither party objected.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Clerk 20th JDC - Certified

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the **Motion to Remand (Doc. 12)** is **GRANTED**.

IT IS FURTER ORDERED that the instant action is **REMANDED** to the Twentieth Judicial District Court for the Parish of East Feliciana, State of Louisiana.

Baton Rouge, Louisiana, this 17th day of October, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**